1:12CV231 MP/GRJ

Dear Your Honorable U.S. District Clerk of Court Gainesville Division:

I am writing you about filing a complaint on a statute or law that been depriving from right to life, liberty and safety. I sit here in ~~Ala~~ Alachua County Jail because of the law. I will like to repeal the law. I will like to know where I file my complaint at? Do I filed first in the lower Division until it reach your Division. There must be a way. I have enclose my complaint. I don't know since I'm not complaining about the jail what forms I must file and where to or whom must I add to the defendant list. Please be of some help.

Thank you!

[signature]

Oct. 4, 2012

P.S. How will I seek injunction?

Filed 10 11 '12 USDC FLN 1PM 0335

*International Tribunal*
*International Criminal Tribunal*
*Equal Justice Initiative*  *ATTORNEY @ LAW*  *International Court of Justice*  *ACLU*

# 11 Circuit Court of Appeals

United States    GREETINGS...    United States

*International Criminal Court*    *Florida Justice Institute*

**G A T E V A X N**

**Petitioner:** My name is Wiilton Ken. Herbert, DOB. 9-14-67 SS# 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. I hope and pray that this very day finds you in the very best Spiritual health and right. Before I began, I caution myself where feeling and emotions doesn't get involve in life deceitfulness toward one another — I mean, if I do not say whats on my mind now. I will never know what day after today holds. I am really courageous to say — I havent had a good home cooked meal since the infringementation of my Constitution, Human Rights and everything not prohibited which have been arbitrarily attacked by government encroachments, government disregard of constitutional guarantees, government hostility and the list goes on. The Federalist have made my way of life a living HELL. I can not understand why, am I being punished from someone else crime. NOTICED: "Collectivized punishments violated the core American values of Individual choice." Because of the collectivized punishments I have losted everything worth living for — family, friends you name it. Over the years I'd tried and tried to make ends meat youknow, working staying outta/out of the gaol and trob— troubles. Somehow, trouble seem to follow me everywhere I go. Its because of law maker — Federalist. They have made laws to punish me from someone eles infractions. I was — Flabbergasted but, not anymore. I still donot understand why all the United States Justice Department let law maker, Federalist, get away with "knowingly" and "intentionally" "Breach of duty for foreseeability and standard of care" — Negligent of my liberties. The Justice Department in Florida show prejudice for not recognizing and protecting my rights.

*PEOPLE in office, Federalist with just the basic of common sense without guessing would at least know that it will take at least SIX MONTHS before a prisoner can start anew rehabilitated life once released from jail or prison — "NOT IN 48 hours once released." NO human can do it not even you can do it without money or the help from family and friends. THE FLORIDA 48 hour law is unconstitutional... TO ME...

**C F**

Being TAINTED and LABELED by former Sheriff State Sen. Steve Oelrich R-Cross Creek, Florida, magazine, continues to diminished my life and reputation. I've lost jobs places to live because of the magazine by the Alachua County Sheriff's office — My rights to life, liberty and safety been deprived. I am indigent now. I have no place to go. I am homeless once I'm released from jail. These Federalist just really donot care or know the trouble and pain they inflicted in my everyday life. Even in jail I am treated different from the other inmates. Sometimes the Classification staff put/housed me in comfinement because I am labeled as a Sexual Offender.

Why am I being treated this way? I owes nothing to the public and I did not trespass upon their rights. I stand upon my Constitutional rights as an allegiance to the people. I owe no duty to my neighbors. Why have my rights and freedom continue to be taken away from me? No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States. "AM I A Citizen of the United States?" — YES I AM !!!

**0 0 ,**

Filed 10 11 12 USDC-FLN 1PM 0335

The Federalist, have disable my abilities to enjoy life, liberty and to pursue happiness and Safety. (Now I have to live on the Streets like some Subhuman.) I've been punished with a life time of pain, suffering and degrading treatment everywhere I go and try to live. They also punished my Children too my kids continue to run away from their home because I'm not in their life as a Father. I blamed the STATE OF FLORIDA FEDERALIST, The City and County of Alachua County because of their animus malus acts and (Sexual offender) ethnic animus against me.

## THIS IS MY COMPENDIUM IMPORTANTE ACONTECIMIENTO...... AND GRIEVANCE.

DEFERENTIAL WORLD OF MY PAST:
...Since the years of my post conviction life hasn't been the same for me esp., after the State of Florida, the City of Gainesville Florida decision to make knowns along with the animus supported help by former Sheriff's Sen. Steve Oelrich, R-Florida offices publicly through media espial the faces, names and addresses of what they now call Sexual offenders and Super-Predators living in the area. Was this an act of our former Sheriff's Oelrich interest for concern of public safety or one of the Community interest or his political gain. One week its the Violation of my Human Rights and the next following weeks its a run for the State Senate. The Sheriff's duties are being fullfilled by arresting and detaining each offenders while they await their trials. I surmise that the Sheriff and the local City Federalist stepped out of their boundaries and duties by exposing me. They set me up for public degradation and most importantly possible endangerment of my life and freedom. I did read where the Sheriff's attempted to negate these Circumstances by making a threat to arrest anyone who attempted to cause harm to me and others listed in his Sexual offender's magazines. In comparison (I believe) our Sheriff may as well had made a statement that is inadmissable before a grand jury. Eventhough, the Justice will order the Jury to strike the Sheriff's threats, but the jury still heard it and are at liberty to react on it.

"As formulated by the rules, the difference between permissible and impermissible speech or statement turns not on what is said, but upon the perception of those spoken to. This places the speaker in the untenable position of possibly having to answer for the misunderstanding of the listeners"— 2nd District Court of Appeal Hon. Judge Stevan Northcutt.

Probarly not Sheriff Oelrich, intentions but he has open up doors for acts of Vigilantes and ethnic **prejudice**. I became the subject of sterotyping and Specultaion/Speculation My name, face and address not only put me in harmsway. It does not depict a profound statement about me, the statement about me is fabricated. But the publicist for the Sheriff's office are suggestive as to polarizes the Communities about me.

—2—

Just imaginings and having the thoughts about the Sexual offender's magazine and the news media interdueced a facade that its a living facts that once a Sexual offender(ME) is released from jail or prison "I" will most likely will repeat the offense again. Thats another fabricating statement about me.

These written statement by our Federalist/Legislatures/STATE are not only derogatory and slander toward me it give the people the wrong idea to mimic their behavior i.e. ethnic bias, ethnic prejudice acts, deprivation of liberty, cruel treatments, degrading insults, unjust punishment, disparage and the list goes on.

"No public policy of a state can be allowed to override the positive guarantees of the United States Constitution" — 16 Am. Jur (2nd), Const. law, Sect. 70

The truth of the matter is not all sexual offenders have offenses of a violent nature. Surely, if the media, the Sheriff's offices along with his bureaucrats took time to expose my face, name and address and the real levels of degrees in which each offenders "I" was convicted then I believe a lot of them won't even mind given some details on each one's offenses. Isn't it most conceivable that the public want to know this then perhapes let them be the judge.

In 2005, not long after or just little before the first publication of the Sexual offenders and Super-predators came out for views. I heard on the news and read in the papers that a soon-to-be call a Sexual offender or Super predator walks out of his trial at a courtroom hearing here in Gainesville, Florida, weeks later I read where the offender was found dead (the police claimed) by a self/inflicted gun shot wound. How many others have suffer from self/execution death warrants from fear of public reprisal? Prehaps, the local and State Federalists and the eye of the media will not truthfully, let the public know that Statistically, most of these lewd and lascivious behavior or acts involving with a teenager (really) consenual sex. Is this type of behavior Unacceptable? — I WILL AGREED! However, I will not close my eyes to the FACTS that America are filled with Sexually active teenagers who prey on older peers for monetary pleasures and finacial gain. Yousee, it becomes a situation where a responsible adults or young adults allowed their sexually desires and emotions to superseded their intelligence and at the end of every action justified the means of conviction. Consequently for those Super-offenders and predators, We trust our justice department not to return a super-offenders back to our communities who is indeed a threat to the community once released and no longer under their supervision.

Now if I had already been punished for a crime or infraction and been deem by the courts and/or the panel board's of reviews to consider to be publicly safe and not a threat around children and worthy to the community as a person that paid his or their debt and without any complaints over the years of being freed, assuming a job, home and where shall I congregate at, then who in the "books of genius" are you to deprive me of my rights to live as a Human Being?

—3—

...

"Personal liberty, or the right to enjoyment of life and liberty, is one of the fundamental or natural rights, which has been protected by its inclusion as a guarantee in the various constitutions, which is not derived from, or dependent on, the United States Constitution, which may not be submitted to a vote and may not depend on the outcome of an election," Sen. Oelrich."
It is one of the most sacred and valuable rights, as sacred as the rights to private property... and is regarded as Inalienable." — 16 C.J.S. Constitutional law, Sect. 202, p. 987. Justice, Tolman.

Not long before my incarceration (GAOLED) I met with a few condemn sexual offender like myself that I know who too are lonely, vaguely disturb, bewilder, restless confused and perturb. We all have been trying our best trying to find work putting our past behind us, trying to start anew life. Some of them sadly talked about being unhappily married while others said that they was/are raising their only child the hard way without a job and a place to stay. Some alot of them like myself are/are still shameful and remorseful. There are victims I met whom have had inappropiate consenual relation with some others offenders who too decided to forgive and let go of their past mistakes just to move forward in life; but how? How, when they have laws against and law that continue to deprive me the rights to be left alone. The Federalist also have compelling registration forms, forms that threaten to arrest me if I failed to agree to it obligation. That magazine by the Sheriff's office doesn't only branded my face and name as a repeated offender it also has polarized my face also as a predator in the eyes of my opperssors, it turn me over again and again to public trial. My children and I will be subjected to threats, name pickering harrassment and animus malus act. Out of work always getting illegal evicted from the only residing resident. I AM in jail because of police ethnic bias, harrassment and being stalked at my resident residence. Because of the continuation of being stalked and the harrassment, I illegal get evicted without ever getting any eviction notice from the court let me know the landlord doesn't want me there anymore. This type of behavior has set me up for failure. Because of being a sexual offender and labeled in a magizines. I can not find a job and without a job — I have no money and without any money I can not find food and housing to live. Without any of the life assessment to live. — Within 48 hours theres a unsigned warrant affidavit for my arrest. I was saddened, but was not surprised.

—4—

"WHERE rights are Secured by the United States Constitution are involved, there can be no rule making or legislation which would abrogate them" — Miranda vs. Arizona, 384 U.S. 436, 491. and ... "the claim and exercise of a Constitutional right cannot be converted into a crime" Miller vs. U.S., 230 F. 486, 489. and ... "There can be no Sanction or penalty imposed upon one because of this exercise of constitutional rights" — Snerer VS. Cullen, 481 F. 946.

To deprive me of reclaiming my rights, to be notice into Society through the media and Sexual offenders magazines espial is a violation of my Universal Declaration of Human Rights. Therefore, if I believes in progress and the essential goodness of Human Race and if I Stand on the Square for my civil liberty. Then I, WILLTON KEN HERBERT, will exorcise my action and protect the goodwill of all Human Race. The articles of the Universal Declaration of Human Rights, declares that all Human Beings are born free and equal in dignity and right. They are endowed with reason and conscience and should act toward one another in a Spirit of compassion. I have the rights to recognition everywhere as a person (Not any Subhuman person) before the law and are equal before the law and are entitled to without any discrimination and ethnic animus to equal protection of the law. I AM entitled to equal protection against any violation of the Declaration of Human Rights and against any "Public Incitement" to Such discrimination, ethnic animus, prejudice and degrading treatment.

※ "I WILLTON KEN. HERERT, REQUESTING NATIONAL TRIBUNALS FOR ACTS VIOLATING THE FUNDAMENT RIGHTS GRANTED TO ME BY THE UNITED STATES OF AMERICA CONSTITUTIONS, ※ UNIVERSAL DECLARATION OF HUMAN RIGHTS OR BY LAW." ※

The LAW STATED: I Should not be Subjected to (a/b) arbitrary Interference with my Privacy, family, or home by correspondence of another, not attacks upon my honor and reputation.

"I PAID ALL MY DEBTS TO SOCIETY REGRETFULLY AND RIGHT. I SHALL BE CONSIDERED EQUAL AND HAVE THE RIGHTS TO BE PROTECTED BY THE LAW AGAINST SUCH GOVERNMENT ENCROACHMENT AND CONSTITUTIONAL ATTACKS."

I AM SADDEN TO HAVE TO BE THE ONE TO SAY... We should be GRATEFUL that their parents, parents — their parents, parents and great grand parents didn't have to Suffer like "ME" imprisonment, degradation, illegal eviction, Stereotype, collectivized punishment, ethnic animus or prejudices, city exiling, government encroachment, deprivation of liberty; always being threaten, and highlighted in a Sexual predators Super-offenders magazines to what they now deem (after all these years) as Inappropriate Sexual relation. Imagine — Just Imagine what would have become of the United States America had these Sexual Offender, Predators laws were enfoced back then. How could anybody not imagine our legendary leaders, the good Ole' boys the founder fathers even Christopher Columbus would had of wish like hell he have not had stepped foot ashore of this land — The new world. ——— They were doing a lot of rapping back then. Pre existing problem from the past.

-5-

5) Do you know how it feels like worrying and counting every seconds that ticks by with no money and no where to go. But you just can't think of nothing to come up with money to find a place to stay. It will take any person getting out of jail or prison six months to get on their feet even with help (and) imagine a person with no help and no money. It will take more time for that person. That 48 hours law is depriving me the rights to live, find work. The law has set me up for failure. How can I get a head of my life when I only have 48 hours to do so —— What kind of law is that?

These people are not helping me its more of an animus malus acts to keep me in jail or prison. The laws was written to judge each crime by individual ment. STOP THE COLLECTIVIZING PUNISHMENT.

The Sexual Offenders magazines information of me were made public, it prejudice potential jurors in my trial...., Have the STATE OF FLORIDA BREACH of INTERNATIONAL OBLIGATION? — Public international law obligation? — OR — What have them....

Question —— DO I HAVE A CLAIM? "How can ethnic cleansing be stop?"
A.       —— DO I HAVE THE RIGHTS TO PREVENT EXPLOITATION OF MY IMAGE, NAME OR LIKENESS FOR COMMERCIAL PURPOSES DURING MY LIFETIME?.
         —— DOES PRIVACY LAWS TRIES OR TRY TO BALANCE MY RIGHTS AGAINST THE PUBLIC'S RIGHT TO THAT PEOPLE WHO SEEK THE PUBLIC EYE; HAVE NOT WAIVED ANY RIGHTS —— I MEANT, IF I HAVE NOT WAIVED MY RIGHTS.
         —— 48 Hour LAW. WHAT THE GROUNDS I STAND AGAINST THE 48 HOUR LAW? How CAN IT BE REPEAL?.
"       "        "         "       "     "     "      "

Preambe — Whereas, recognition of the inherent dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world, Whereas, disregard and contempt for human rights have outraged the conscience of mankind, and the advent of a world in which human beings shall enjoy freedom of speech and belief and freedom from fear and want has been proclaimed as the highest aspiration of the common people, Whereas, it is essential, if man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and Oppression, that human rights should be protected by the rule of law.

WRITE TO:
WILLTON KEN. HERBERT
DEPARTMENT OF GAOL
3333 NE 39th Avenue
Gainesville, Florida 32608

oct. 4-12

—END—

Wilton Ken. Herbert A5008MJ103280S
Alachua County Dept. of Jail
3333 NE 39th Ave
Gainesville, Florida 32609

legal mail

United States District Clerk of Court
401 South, East, First Avenue
Room 243
Gainesville, Florida 32601-6895

legal mail